# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PRINCESS KARIBO, | |
| Plaintiff, | Case No.: 1:23-cv-00251 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.[1]

DATED: March 3, 2023

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

---

[1] Attached hereto as Exhibit 1 is Plaintiff's First Amended Schedule A, which excludes any Defendant who has been dismissed or has entered a fully signed settlement agreement with Plaintiff, but has not yet been dismissed as of February 28, 2023, due to parties awaiting payment from payment platforms

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Princess Karibo and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                   /s/ *Keith A. Vogt*
                                                   Keith A. Vogt