IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRINCESS KARIBO, | |
| Plaintiff, | |
| v. | Case No. 23-cv-00251 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Judge John J. Tharp, Jr. |
| | Magistrate Judge M. David Weisman |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Princess Karibo ("KARIBO") against the defendants identified on Schedule A, and KARIBO having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; KARIBO having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that KARIBO has provided a basis to conclude that Defaulting

Defendants have sold products bearing unauthorized copies of KARIBO's federally registered copyrights (the "PRINCESS KAY Copyrights").

A list of the PRINCESS KAY Copyrights is included in the below chart.

| REGISTRATION NUMBER | REGISTERED COPYRIGHT |
|---|---|
| VA 2-274-982 | BAD HAIR DAY |
| VA 2-274-672 | BANTU |
| VA 2-274-661 | BUBBLEGUM |
| VA 2-274-658 | DRINK |
| VA 2-274-677 | ELECTRIC |
| VA 2-274-670 | FOREST LEAVE |
| VA 2-274-678 | GARDEN |
| VA 2-274-666 | GOLD |
| VA 2-274-648 | HAIR UP |
| VA 2-274-650 | HONEY POP |
| VA 2-274-653 | HOOPS |
| VA 2-274-654 | LEMONADE |
| VA 2-274-656 | LIPGLOSS |
| VA 2-274-983 | LOLLIPOP |
| VA 2-274-967 | MILKSHAKE |
| VA 2-274-989 | MUSIC |
| VA 2-274-973 | POETIC |
| VA 2-274-974 | SIN |
| VA 2-274-676 | SUNBATHING SOCIETY |
| VA 2-274-979 | WINK |

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, this Court orders that KARIBO's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the PRINCESS KAY Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine KARIBO product or not authorized by KARIBO to be sold in connection with the PRINCESS KAY Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine KARIBO product or any other product produced by KARIBO, that is not KARIBO's or not produced under the authorization, control, or supervision of KARIBO and approved by KARIBO for sale under the PRINCESS KAY Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of KARIBO, or are sponsored by, approved by, or otherwise connected with KARIBO; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for KARIBO, nor authorized by KARIBO to be sold or offered for sale, and which bear any of KARIBO's copyrights, including the PRINCESS KAY Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning any online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the PRINCESS KAY Copyrights; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the PRINCESS KAY Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine KARIBO product or not authorized by KARIBO to be sold in connection with the PRINCESS KAY Copyrights.

3. Upon KARIBO's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the PRINCESS KAY Copyrights.

4. Pursuant to 15 U.S.C. § 504(c)(2), KARIBO is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of counterfeit PRINCESS KAY Copyrights on products sold. This award shall apply to each distinct

        Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to KARIBO as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to KARIBO the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until KARIBO has recovered full payment of monies owed to it by any Defaulting Defendant, KARIBO shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that KARIBO identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, KARIBO may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants

      by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Princess Karibo and any e-mail addresses provided for Defaulting Defendants by third parties.

9.     To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Date: March 21, 2023

John J. Tharp, Jr.
United States District Judge

# Schedule A

| No. | Defendant |
|---|---|
| 1 | danzhouliguanhuishangmaoyouxiangongsi |
| 2 | HODOODOO |
| 3 | hezeliuhaowangluokejiyouxianzerengongsi7643 |
| 4 | Lundang shoes and clothes online shop A |
| 5 | ZTTYSFS |
| 6 | YINGFENGWL |
| 7 | Doquangvn |
| 8 | |
| 9 | Cozy Gemstone |
| 10 | |
| 11 | neimengguwangshangzhuanmaidian |
| 12 | Deposit Stores |
| 13 | Shenzhen Lingyun Pioneer Technology Co., Ltd. |
| 14 | YYDS Ltd. |
| 15 | BFSJAG |
| 16 | Putian City Zone Jun Hui Trading Co. , Ltd. |
| 17 | D Mamba's store |
| 18 | NtNga |
| 19 | JIAN JUJIU STORETHE1 |
| 20 | Văn hoàng VN |
| 21 | Beautiful bag5 |
| 22 | African Girl BackPack Store |
| 23 | Hengshicaizhuangshi |
| 24 | LEE-lilei252 |
| 25 | ViCuongShop |
| 26 | yuxianghuanqiuyouxuandianzi |
| 27 | |
| 28 | Hefei Ganshang Trading Co., Ltd |
| 29 | |
| 30 | yetongxue |
| 31 | tengzhang |
| 32 | |
| 33 | Anhtuannnguyen |
| 34 | Trang_deli_01 |
| 35 | MAIKOBO |
| 36 | zffa77 |

| 37 | Banhhgehsj |
|---|---|
| 38 | Polepole Shop |
| 39 | Lo lem |
| 40 | TUNZO BRY |
| 41 | VIAM SHUESHING 1 |
| 42 | LE GRAND CROWN |
| 43 | LUNDATSHOPZ |
| 44 | THUY SHOP 123 |
| 45 | Gift Enormous Store |
| 46 | Tohao home |
| 47 | KudrePrints |
| 48 | |
| 49 | Gift For Holiday |
| 50 | Eueugean |
| 51 | yangxiaohh |
| 52 | THETAI BIBI |
| 53 | HUYU SHOP |
| 54 | Tuqiang Heat Transfer |
| 55 | Rtawyau547 |
| 56 | yangdajhxtsl |
| 57 | danzhouqianoudianzishangwuyouxiangongsi |
| 58 | xielibindhgftiih |
| 59 | hongtongjuhongwangluokejiyouxiangongsi |
| 60 | |
| 61 | shanxihanyuexiaokejiyouxiangongsi |
| 62 | tangchuanklk |
| 63 | CKGPTCN |
| 64 | zhangyuanhongshyebg |
| 65 | wangxinhairsfcz |
| 66 | pengjingganghsgeb |
| 67 | langzhigang |
| 68 | yangminglikk |
| 69 | lijinyourt |
| 70 | yanggenlongshyeb |
| 71 | WangBaoChuan-US |
| 72 | 龙哥国际贸易 |
| 73 | |
| 74 | lhdjf4815 |
| 75 | TranQuanStore |

8

| 76 | BEO STORE |
|---|---|
| 77 | jinandaxuanlingmiwangluokejifuwu |
| 78 | Amelinda-Doris |
| 79 | HoTham12x |
| 80 | wuhanhuangzhenghaoshangmaoyouxiangongsi |
| 81 | Doan Chinh's Store |